**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**April 20, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-60513

FIRST FEDERAL BANK FOR SAVINGS,

Plaintiff-Appellee,

versus

EDDIE DEAN FORTENBERRY; ET AL,

Defendants;

EDDIE DEAN FORTENBERRY,

Defendant-Appellant,

versus

UNITED STATES OF AMERICA

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
(2:02-CV-00115-EEF)
--------------------

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM[*]:

Eddie Dean Fortenberry ("Fortenberry") appeals the district

court's denial of her petition for pre-judgment interest. Having

carefully reviewed the record and briefs, we affirm the district

court's judgment because, although Fortenberry raised five points

of error in her notice of appeal, she did not substantively address

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

any of these issues in her appellate brief, provide us with any authority in support of her position, or direct us to any pertinent portions of the record. Generally, issues not briefed are deemed to be abandoned on appeal, even in the case of a _pro se_ litigant like Fortenberry.[1]

Fortenberry's only argument on appeal is that we should reverse the district court's judgment because First Federal Bank for Savings's ("First Federal") attorney obtained it by committing a fraud on that court. She has not cited to any evidence in support of her claim and we have found none in the record. We thus AFFIRM the district court's judgment denying Fortenberry pre-judgment interest.

---

[1] _See, e.g._, _Geiger v. Jowers_, 404 F.3d 371, 373 n.6 ("Although _pro se_ briefs are to be liberally construed, _pro se_ litigants have no general immunity from the rule that issues and arguments not briefed on appeal are abandoned.") (internal citation omitted); _Price v. Digital Equip. Corp._, 846 F.2d 1026, 1028 (5th Cir. 1988) (same); FED. R. APP. P. 28(a)(9)(A) (stating that appellant's brief must contain "appellant's contentions and the reasons for them, with citations to the authorities and parts of the record on which the appellant relies").